UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLINOIS UNION INSURANCE COMPANY,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>PACIFICA HOSPITAL OF THE VALLEY CORPORATION DBA PACIFICA HOSPITAL OF THE VALLEY,<br><br>　　　　Defendant.<br><br>PACIFICA OF THE VALLEY CORPORATION d/b/a PACIFICA HOSPITAL OF THE VALLEY,<br><br>　　　　Counter-Claimant,<br><br>　v.<br><br>ILLINOIS UNION INSURANCE COMPANY,<br><br>　　　　Counter-Defendant. | Case No. CV 15-6001-GW(AFMx)<br><br>**DECLARATORY JUDGMENT** |

IT IS HEREBY ADJUDGED AND ORDERED that:

1. Pursuant to the Court's April 29, 2016 Ruling (Docket No. 62) on (1) Defendant and Counterclaimant Pacifica of the Valley Corporation's ("Pacifica") Motion for Summary Judgment (Docket No. 28), and (2) Plaintiff Illinois Union Insurance Company's ("Illinois Union") Motion for Summary Judgment (Docket No. 31), adopting the Court's Tentative Ruling (Docket No. 61) as the Court's final decision on the cross-motions for summary judgment, the Court hereby declares the rights and obligations of Pacifica and Illinois Union as follows:

   a. Illinois Union Healthcare Facilities General and Professional Liability Policy No. HPL 027501345 001 (the "Policy"), attached to Illinois Union's First Amended Complaint for Declaratory Judgment (Docket No. 17) as Exhibit A, issued to Pacifica for policy period, September 5, 2014 – September 5, 2015, was cancelled and terminated effective February 1, 2015.

   b. There is no coverage under the Policy, and Illinois Union has no duty to defend or indemnify Pacifica, for the medical malpractice lawsuit styled *Dmitriy Drobenyuk v. Pacifica Hospital of the Valley, et al.,* filed in the Superior Court of the State of California for the County of Los Angeles, Case No. BC 574960, on March 10, 2015, which was first reported to Illinois Union after the Policy was cancelled and terminated on February 1, 2015.

2. Pacifica's First Amended Counterclaim for Declaratory Judgment [Docket No. 21] is dismissed with prejudice.

3. Illinois Union shall file any motion for costs or fees within ten days of the entry of this order.

IT IS SO ORDERED.

Dated: May 6, 2016.

_____
Hon. George H. Wu
United States District Judge